UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LOPEZ, | No. 2:14-cv-2568 AC P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an Application To Proceed In Forma Pauperis ("Application"), pursuant to 28 U.S.C. § 1915.  However, petitioner has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or the equivalent institutional certificate (which would be completed by plaintiff's institution of incarceration).  See 28 U.S.C. § 1915(a)(2) (requiring a "certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing  of the complaint").  Petitioner will be provided the opportunity to submit a completed in forma pauperis Application, together with either a certified copy of the trust account statement, or the equivalent institutional certificate, or both if possible.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's in forma pauperis Application (ECF No. 2) is DENIED without prejudice;

1

2. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner;

3. Petitioner shall submit, within thirty days from the date of this order, a completed and signed Application form provided by the Clerk of the Court;

4. Petitioner shall also submit, within thirty days from the date of this order, either a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or the equivalent institutional certificate, or both if possible.

Petitioner's failure to comply with this order, or alternatively, to pay the $5.00 filing fee (28 U.S.C. § 1914(a)), will result in a recommendation that his petition be dismissed without prejudice.

DATED: November 18, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE